# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES CLEM, | | No. CIV S-05-2129-DFL-CMK-P |
| | Plaintiff, | |
| | vs. | <u>ORDER</u> |
| G. LOMELI, | | |
| | Defendant. | |
| _____/ | | |

   Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request for leave to proceed in forma pauperis (Doc. 2). Plaintiff's complaint will be addressed separately.

   Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). The request to proceed in forma pauperis will, therefore, be granted.

   Accordingly, IT IS HEREBY ORDERED that:

   1. Plaintiff's motion for leave to proceed in forma pauperis is granted;

   2. Plaintiff is required to pay the statutory filing fee for this action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

/ / /

1

Dockets.Justia.com

1    3.   No initial partial filing fee will be assessed pursuant to 28 U.S.C.
2 § 1915(b)(1); and
3    4.   Plaintiff will be obligated for monthly payments of twenty percent of the
4 preceding month's income credited to plaintiff's prison trust account, such payments to be
5 forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's
6 account exceeds $10.00, until the $250.00 filing fee is paid in full, pursuant to 28 U.S.C.
7 § 1915(b)(2).

9 DATED:  October 26, 2005.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE