IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CLEM, | No. CIV S-05-2129-DFL-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| G. LOMELI, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's complaint (Doc. 1), filed on October 24, 2005. The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a).

Plaintiff names G. Lomeli as the only defendant. Plaintiff claims that defendant Lomeli acted with deliberate indifference to an immediate and substantial risk to plaintiff's safety. Plaintiff also claims that defendant Lomeli failed to act in light of knowledge of the alleged safety risk. Specifically, plaintiff states that his cellmate had threatened to murder him if he was not removed from his cell. Plaintiff claims that defendant Lomeli was present when his cellmate made this threat and that defendant Lomeli's response was "Deal with it." Plaintiff asserts that,

immediately following this, his cellmate grabbed plaintiff by the neck and hit him in the jaw several times, causing plaintiff's jaw to break and causing plaintiff to loose consciousness. Plaintiff states that another correctional officer eventually noticed what was going on and pushed the alarm button.  Plaintiff was taken to an off-site hospital for emergency treatment.  Plaintiff asks the court to exercise supplemental jurisdiction over related state tort law claims.  Plaintiff seeks monetary damages

The complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.  The court, therefore, finds that service is appropriate and will direct service by the U.S. Marshal without pre-payment of costs.  Plaintiff is informed, however, that this action cannot proceed further until plaintiff complies with this order. Plaintiff is warned that failure to comply with this order may result in dismissal of the action.  <u>See</u> Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendant(s):

G. LOMELI

2. The Clerk of the Court shall send plaintiff one USM-285 form for each defendant identified above, one summons, an instruction sheet, and a copy of the complaint filed October 24, 2005; and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3. Within 30 days of the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;
    b. One completed summons;
    c. 1 completed USM-285 form; and
    d. 2 copies of the endorsed complaint filed October 24, 2005.

DATED: November 1, 2005.

*/s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES CLEM,<br>        Plaintiff,<br>    vs.<br>G. LOMELI,<br>        Defendant.<br>_____/ | No. CIV S-05-2129-DFL-CMK-P<br><br>ORDER |

NOTICE OF SUBMISSION OF DOCUMENTS

Plaintiff hereby submits the following documents in compliance with the court's order:

    __1__    completed summons form;
    ____    completed USM-285 form(s); and
    ____    copies of the complaint filed on October 24, 2005.

DATED: _____     _____
                                                                                              Plaintiff