IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JAMES CLEM,** | 2:05-cv-2129 DFL CMK P |
| Plaintiff, | **ORDER GRANTING DEFENDANT LOMELI'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS** |
| v. | |
| **G. LOMELI,** | |
| Defendant. | |

Defendant Lomeli's request for an extension of time to respond to Plaintiff's interrogatories and requests for admission was considered by this Court, and good cause appearing:

**IT IS HEREBY ORDERED** that the Defendant Runnels has to August 4, 2006, to respond to Plaintiff's interrogatories and requests for admission.

July 18, 2006

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1