IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES CLEM,                           No. CIV S-05-2129-RRB-CMK-P

      Plaintiff,

  vs.                              <u>ORDER</u>

G. LOMELI,

      Defendant.

_____/

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is a motion for reconsideration of the Magistrate Judge's June 8, 2006, Order denying appointment of counsel.

      Pursuant to Eastern District of California Local Rule 72-303(f), a Magistrate Judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the Court finds that it does not appear that the Magistrate Judge's ruling was clearly erroneous or contrary to law. Moreover, the motion for reconsideration is untimely in that it was filed on

1

1 April 5, 2007, a date more than 10 days after the June 8, 2006,
2 order.  <u>See</u> Local Rule 72-303(b).  The June 8, 2006, order is,
3 therefore, affirmed.
4       Accordingly, IT IS HEREBY ORDERED that:
5       1.   The Motion for Reconsideration (Doc. 26) is denied;
6           and
7       2.   The Magistrate Judge's June 8, 2006, Order is
8           AFFIRMED.
9       ENTERED this 14th day of June, 2007.

                              S/RALPH R. BEISTLINE
                              UNITED STATES DISTRICT JUDGE