# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CLEM, | No. CIV S-05-2129-JKS-CMK-P |
| Plaintiff, | |
| vs. | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| G. LOMELI, | |
| Defendant. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

Inmate Michael Macahilas (CDC # T-04031), who is required to appear at proceedings in this case on September 4, 2007, is confined at Mule Creek State Prison, in the custody of the warden of that facility.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in this court, Courtroom No. 9, United States Courthouse, 501 'I' Street, Sacramento, California, on September 4, 2007, at 9:00 a.m.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the custodian to produce the inmate named above to appear in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To:  The Warden of Mule Creek State Prison
     4001 Highway 104
     P.O. Box 409099
     Ione, CA 95640

**WE COMMAND** you to produce the inmate named above to appear before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: July 25, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE