UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CLEM,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>G. LOMELI,<br><br>    Defendant - Appellee. | No.  07-16764<br>D.C. No.  CV-05-02129-JKS<br><br>**ORDER** |

This appeal has been taken in good faith  [X]

This appeal is not taken in good faith  [ ]

Explanation: _____

_____

_____

_____

/s/James K. Singleton, Jr.
_____
Judge
United States District Court

Date: October 23, 2007