1  GEORGE C. HARRIS (CA SBN 111074)
   GHarris@mofo.com
2  SOMNATH RAJ CHATTERJEE (CA SBN 177019)
   SChatterjee@mofo.com
3  JACQUELINE BOS (SBN 243938)
   JBos@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  KAREN KREUZKAMP (CA SBN 246151)
   KKreuzkamp@mofo.com
8  MORRISON & FOERSTER LLP
   755 Page Mill Road
9  Palo Alto, California 94304-1018
   Telephone: 650-813-5600
10 Facsimile: 650-494-0792

11 Attorneys for Plaintiff
   JAMES CLEM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAMES CLEM,<br><br>    Plaintiff,<br><br>    v.<br><br>GABRIEL LOMELI,<br><br>    Defendant. | Civil Action  No. 2:05-cv-02129-JAM-CMK-P<br><br>**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

Robert Ervin (CDC # J-59660), necessary and material witnesses in proceedings in this case on March 1, 2010, is confined in Mule Creek State Prison, 4001 Highway 104, P.O. Box 409099, Ione, California, 95640, in the custody of the Warden; in order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce this inmate in Court, 14th Floor, Courtroom 6, United States Courthouse, 501 I Street, Sacramento, California on March 1, 2010, at 9:00 a.m.

[PROPOSED] ORDER TO ISSUE WRIT OF HABEAS CORPUS AD TESTIFICANDUM -
Case No. 2:05-cv-02129-JAM-CMK-P
pa-1383448

PDF created with pdfFactory trial version www.pdffactory.com

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Michael Martel, Warden, Mule Creek State Prison, 4001 Highway 104, P.O. Box 409099, Ione, California, 95640:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: February 12, 2010

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER TO ISSUE WRIT OF HABEAS CORPUS AD TESTIFICANDUM -
Case No. 2:05-cv-02129-JAM-CMK-P
pa-1383448

2

PDF created with pdfFactory trial version www.pdffactory.com