IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES CLEM,** | Case No. 2:05-cv-2129-JAM-CMK P |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION FOR NEW TRIAL** |
| v. | |
| **G. LOMELI,** | |
| Defendant. | |

Plaintiff James Clem's Motion for New Trial came on for hearing on July 21, 2010, at 9:30 a.m., in Courtroom 6 of the above Court, the Honorable John A. Mendez presiding. Karen Kreuzkamp of Morrison & Foerster appeared for Plaintiff, and Vickie P. Whitney, of the California Attorney General's Office appeared for Defendant Gabriel Lomeli. The Court having presided over the trial in this matter, and having considered the moving papers, Defendant's opposition, Plaintiff's reply, the trial transcripts, and the pleadings on file in this action, and for the reasons stated by the Court on the record at the hearing, rules as follows:

Plaintiff's motion for new trial is **DENIED**.

Dated: July 28, 2010                     /s/ John A. Mendez
                                         The Honorable John A. Mendez
                                          U. S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com